IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CURTIS CHRISHAUN EVANS**                                               **PETITIONER**

v.                                                          CIVIL ACTION NO. 1:14-CV-208-KS-MTP

**JERRY BUSCHER**                                                          **RESPONDENT**

## JUDGMENT

This matter having come before the Court on Plaintiff's [1] Petition for Writ of *Habeas Corpus* and the Court found in a separate opinion that the Petition in the above styled case should be **dismissed with prejudice**.

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be and the same is hereby dismissed with prejudice pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED on this the 3rd day of August, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE