**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**CURTIS CHRISHAUN EVANS**                                             **PLAINTIFF**

**V.**                                     **CIVIL ACTION NO. 1:14-CV-208-KS-MTP**

**STATE OF MISSISSIPPI, ET AL**                                     **DEFENDANTS**

## AMENDED ORDER

The Court **denies** Petitioner's Motion to Order Complete Transcript from the Court Reporter [29] **as moot.** A judgment was entered in this matter on August 4, 2016 [26], and a COA was denied [27]. Petitioner filed a Notice of Appeal [28] on August 24, 2016. A complete copy of the appeal record was mailed to the Wilkinson County Correctional Facility on November 15, 2016. And on May 23, 2017, the Court of Appeals denied Petitioner's motion for COA [35], terminating his appeal.

      SO ORDERED AND ADJUDGED this the ___7th___ day of July, 2017.

                                                    ___s/ Keith Starrett_____
                                                    UNITED STATES DISTRICT JUDGE